UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

WILTON de JESUS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
————————————————————X

**CIVIL JUDGMENT**

08 Civ. 3283 (KMW)

SCANNED

[U.S. DISTRICT COURT FILED MAY 30 2008 S.D. OF N.Y. stamp]

    Pursuant to the order issued ____MAY 30 2008____ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

    ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                        /s/ Wood
                                                    KIMBA M. WOOD
                                                    Chief Judge

Dated: MAY 30 2008
        New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.